UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK ALLEN SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>LEWIS COUNTY PROSECUTOR'S OFFICE,<br><br>    Defendant. | CASE NO. 3:24-cv-05504-TMC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   This action is dismissed for failure to state a claim and for failure to comply with a court order.

(3)   Dismissal on these grounds constitutes a "strike" under 28 U.S.C. § 1915(g).

(4)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 8th day of October, 2024.

                TIFFANY M. CARTWRIGHT
                United States District Judge